# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

| | |
|---|---|
| In re:<br>**James Michael Rhaesa,**<br>    Debtor. | Case No.:  23−10171−SDB<br>Judge:  Susan D. Barrett<br>Chapter:  13 |

## NOTICE OF CONTINUED HEARING

The Hearing on Chapter 13 Plan, Objection to Confirmation by Trustee originally scheduled **May 8, 2023** has been <u>continued</u> to:

*June 26, 2023, at 02:00 PM,*
*U.S. Bankruptcy Court,*
*Federal Justice Center, Plaza Bldg, 600 James Brown Blvd (9th St), Augusta, GA 30901.*

All other provisions of the original notice remain in full force and effect.

*Lucinda Rauback, Clerk*
United States Bankruptcy Court
Federal Justice Center
600 James Brown Blvd
P.O. Box 1487
Augusta, GA 30903

Dated: May 22, 2023

B−40C [Rev. 03/22]  ***CMT***